## SECOND DEPARTMENT, OCTOBER, 1921.

JOHN C. STEHL and Others, Individually and as Executors, etc., of EDWARD R. STEHL, Deceased, Respondents, v. ROBERT W. BOENIG, Appellant.— Judgment unanimously affirmed upon the opinion of Mr. Justice Squiers at Special Term,* with costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

ANNE S. DODD, Respondent, v. ROBERT W. BOENIG, Appellant.— Judgment unanimously affirmed upon the opinion of Mr. Justice Squiers at Special Term [reported in 114 Misc. Rep. 144], with costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

In accord with the provisions of rule 1 of the Rules of Civil Practice, Charles Morschauser, Esq., of Poughkeepsie, Dutchess county, in the Ninth Judicial District, is hereby appointed a member of the Committee on Character in the Second Judicial Department. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

LOUIS ADLER, Respondent, v. ERNA ZIMMERMAN and EMIL WORMSER, Appellants.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

AMBER REALTY COMPANY, Appellant, v. SOL J. ELLERIN, Respondent, and ABRAHAM ELLERIN, Defendant.— Motion denied on condition that appellant perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

HERMAN APFELBAUM, Respondent, v. ALBERT B. GROSS and Others, Appellants.— Motion granted, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

HERMAN APFELBAUM, Respondent, v. ALBERT B. GROSS and Others, Appellants.— Motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

HERMAN APFELBAUM, Respondent, v. ALBERT B. GROSS and Others, Appellants.— Motion granted, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

FRANK P. BARTLEY, Respondent, v. MERRILL W. TILDEN and Others, Defendants, Impleaded with GEORGE T. O'BRIEN, Appellant.— Motion granted, without costs, and case ordered on the calendar for Friday, October 14, 1921. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

WILLIAM F. BROTHERS, Respondent, v. OTTO C. HEINZE, Appellant.— Motion denied, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

---

* The trial justice adopted as his opinion in this case his opinion in the case of *Dodd* v. *Boenig* (reported in 114 Misc. Rep. 144; affd., *post*, p. 1007), argued herewith and to which reference is hereby made.